# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Michael Schladetzky, owner of the M/V DISCOVERY, a 1979 Universal Marine Boat, Official No. 611125 for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>Civil Action No.:<br><br>(~~PROPOSED~~) ORDER RE POSTING SECURITY FOR COSTS |

Based upon Plaintiff's Motion re Posting Security for Costs, it is hereby ORDERED that that, pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty & Maritime Claims and Local Admiralty Rule 120(b), Plaintiff shall deposit the sum of $560.00 with the Clerk of the Court, comprising security for costs in the amount of $500, plus interest in the amount of $60, which shall cover the interest at a rate of 6% for two years.

Dated this 5th day of April, 2019.

_____
United States District Court Judge

(~~PROPOSED~~) ORDER RE POSTING SECURITY FOR COSTS - 1

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax: (206) 956-4214

Presented by:

GASPICH LAW OFFICE PLLC

*s/Anthony J. Gaspich*
Anthony J. Gaspich, WSBA #19300
1000 Second Avenue, Suite 3330
Seattle, WA 98014
Tel.: (206) 956-4204
tony@gaspichwilliams.com

Attorneys for Plaintiff Michael Schladetzky

[PROPOSED] ORDER RE POSTING SECURITY FOR COSTS - 2

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax: (206) 956-4214