UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Michael Schladetzky, owner of the M/V DISCOVERY, a 1979 Universal Marine Boat, Official No. 611125 for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>Civil Action No.: 19- 0493 JLR<br><br>(~~PROPOSED~~) ORDER ENJOINING ACTIONS FOR CLAIMS RELATED TO LIMITATION ACTION |



    Based upon Plaintiff's Motion to Enjoin Actions for Claims Related to Limitation, it is hereby ORDERED that, pursuant to Rule F(3) of the Supplemental Rules for Certain Admiralty or Maritime Claims, further prosecution of any action or proceeding against the plaintiff or the plaintiff's property with respect to any claim subject to limitation in the action is hereby stayed or enjoined.

    Plaintiff is hereby further ordered to file within seven (7) days of this Order, a motion in accordance with Rule F(4) of the Supplemental Rules for Certain Admiralty or Maritime

(~~PROPOSED~~) ORDER ENJOINING - 1

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax: (206) 956-4214

Claims regarding the nature and form of notice to be provided to all persons asserting claims that are subject to this Limitation of Liability action.

Dated this  8th  day of April, 2019.

_____
United States District Court Judge
James L. Robart

Presented by:

GASPICH LAW OFFICE PLLC

 s/*Anthony J. Gaspich* 
Anthony J. Gaspich, WSBA #19300
1000 Second Avenue, Suite 3330
Seattle, WA 98014
Tel.: (206) 956-4204
tony@gaspichwilliams.com

Attorneys for Plaintiff Michael Schladetzky

(PROPOSED) ORDER ENJOINING - 2