THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Michael Schladetzky, owner of the M/V DISCOVERY, a 1979 Universal Marine Boat, Official No. 611125 for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>NO: 19-493 JLR<br><br>(PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MICHAEL SCHLADETZKY |

This matter having come before the Court on the motion of Gaspich Law Office PLLC to withdraw as counsel for Plaintiff Michael Schladetzky, and the Court having reviewed the parties' submissions in support of and in opposition to the motion, and being advised in the premises, and finding good cause for entry hereof,

NOW THEREFORE, the motion of Gaspich Law Office PLLC to withdraw as counsel for Plaintiff Michael Schladetzky is hereby GRANTED.

(PROPOSED) ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL (NO. 19-493 JLR) - 1

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax: (206) 956-4214

Dated this 6th day of September, 2019.

_____
United States District Court Judge

Presented by:

GASPICH LAW OFFICE PLLC


*s/Anthony J. Gaspich*
Anthony J. Gaspich, WSBA #19300
1000 Second Avenue, Suite 3330
Seattle, WA 98014
Tel.: (206) 956-4204
tony@gaspichwilliams.com

Attorneys for Plaintiff Michael Schladetzky

(PROPOSED) ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL (NO. 19-493 JLR) - 2

GASPICH LAW OFFICE PLLC
1809 Seventh Avenue, Suite 609
Seattle, WA 98101
Tel. (206) 956-4204
Fax: (206) 956-4214